IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| HILTI AKTIENGESELLSCHAFT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 23-244-CJB |
| v. | ) | |
| | ) | |
| SPECIFIED TECHNOLOGIES INC., | ) | |
| | ) | |
| Defendant. | ) | |

**HILTI AKTIENGESELLSCHAFT'S MOTION TO STRIKE
SPECIFIED TECHNOLOGIES INC.'S
<u>UNCLEAN HANDS DEFENSE AND INTRODUCTION TO ANSWER</u>**

Plaintiff Hilti Aktiengesellschaft ("Hilti") respectfully moves the Court for an order striking Specified Technologies Inc.'s ("STI") introduction to its Answer and the entirety of STI's unclean hands defense with the exception of the following clause: "the '822 patent is unenforceable under the doctrine of infectious unenforceability in light of Hilti's inequitable conduct during prosecution of the related '088, '090, and '946 patents. Based on at least the foregoing, the relief Hilti seeks is barred by reason of its unclean hands." (D.I. 60 at ¶45). The grounds for this Motion are set forth in the accompanying opening letter brief, filed concurrently.

Pursuant to the Scheduling Order (D.I. 45 at 9(a)), an excerpted copy setting forth the relevant portions of STI's First Amended Answer to Complaint for Patent Infringement, First Amended Defenses, and Second Amended Counterclaims (D.I. 60) is attached herewith as Exhibit A. Hilti respectfully requests that the Court grant this Motion and enter an order in substantially the form attached hereto.

Dated: September 29, 2023

*Of Counsel:*

GARDELLA GRACE P.A.

W. Cook Alciati
80 M Street SE, 1st Floor
Washington, D.C. 20003
(703) 721-8379
calciati@gardellagrace.com

Michael A. Dorfman
2502 North Clark Street, Suite 222
Chicago, IL 60614
(773) 755-4942
mdorfman@gardellagrace.com

YOUNG CONAWAY STARGATT
& TAYLOR, LLP

/s/ *Pilar G. Kraman*
Pilar G. Kraman (No. 5199)
Alexis N. Stombaugh (No. 6702)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
pkraman@ycst.com
astombaugh@ycst.com

*Attorneys for Hilti Aktiengesellschaft*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 29, 2023, a copy of the foregoing document was served on the counsel listed below in the manner indicated:

**BY EMAIL**

| | |
|---|---|
| Austen C. Endersby<br>FOX ROTHSCHILD LLP<br>919 N. Market Street, Suite 300<br>Wilmington, DE 19801<br>- and -<br>2020 K Street, Suite 500<br>Washington, DC 20006<br>aendersby@foxrothschild.com<br><br>*Attorneys for Defendant*<br>*Specified Technologies Inc.* | Jeff E. Schwartz<br>FOX ROTHSCHILD LLP<br>2020 K Street, N.W., Suite 500<br>Washington, D.C. 20006<br>JESchwartz@FoxRothschild.com<br><br>Howard S. Suh<br>FOX ROTHSCHILD LLP<br>101 Park Avenue, 17th Floor<br>New York, New York 10178<br>HSuh@foxrothschild.com<br><br>Paul W. Kalish<br>FOX ROTHSCHILD LLP<br>Princeton Pike Corporate Center<br>997 Lenox Drive<br>Lawrenceville, New Jersey 08648-2311<br>PKalish@FoxRothschild.com |

Dated: September 29, 2023

YOUNG CONAWAY STARGATT
& TAYLOR, LLP

*/s/ Pilar G. Kraman*
Pilar G. Kraman (No. 5199)
Alexis N. Stombaugh (No. 6702)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
pkraman@ycst.com
astombaugh@ycst.com

*Attorneys for Hilti Aktiengesellschaft*