# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HILTI AKTIENGESELLSCHAFT,  )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>SPECIFIED TECHNOLOGIES INC.,  )<br>)<br>Defendant.  ) | C.A. No. 23-244-CJB |

## [PROPOSED] ORDER

The Court, having considered Plaintiff Hilti Aktiengesellschaft's ("Hilti") Motion to Strike Specified Technologies Inc.'s Unclean Hands Defense and Introduction to Answer, and the papers submitted in connection therewith,

IT IS HEREBY ORDERED that Hilti's motion is GRANTED.

SO ORDERED THIS ___ day of _____, 2023

_____
The Honorable Christopher J. Burke